UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
Eastern Division

Edward H Giard Jr

                            Plaintiff,

v.                                                 Case No.: 1:06−cv−03575
                                                                     Honorable Milton I. Shadur

Profile Design LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 28, 2006:

      MINUTE entry before Judge Milton I. Shadur :Civil case terminated. This action is dismissed without costs with leave to move to reinstate or enforce the settlement agreement on or before September 28, 2006. Absent a timely filed motion this order will become final on September 29, 2006.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.